1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

JOSE ESPINOSA, SR.,

9

Plaintiff,

Case No. C20-1224-TSZ

10

v.

11

DE LA CRUZ, *et al.*,

ORDER DISMISSING CIVIL RIGHTS
ACTION

12

Defendants.

13

14          The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of

15   the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objection was

16   filed, and the remaining record, hereby finds and ORDERS as follows:

17          (1)      The Report and Recommendation is approved and adopted.

18          (2)      Plaintiff's complaint (dkt. # 3-1) and this action are DISMISSED for lack of

19   proper venue and for failure to state a cognizable ground for relief under 42 U.S.C. § 1983.

20          (3)      Plaintiff's request for appointment of counsel (dkt. # 4) is DENIED as moot.

21   //

22   //

23

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

1

      (4)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge

2

Peterson.

3

      DATED this 9th day of December, 2020.

4

5

THOMAS S. ZILLY
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2